JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA DE ARMOND,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:24-cv-6934-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: August 29, 2025

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE